COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   In the Interest of R.L. aka R.C. aka R.M. and R.L., Children
                       In the Interest of C.C.J., a Child
                       In the Interest of C.J., a Child

Appellate case number:   01-16-00851-CV
                         01-16-00852-CV
                         01-16-00875-CV

Trial court case number:   2009-03954
                           2014-29889
                           2013-49862

Trial court:             311th District Court of Harris County

In each proceeding, appellant, T. H.-L., has filed a notice of appeal of the final judgment appointing the Texas Department of Family and Protective Services managing conservator of her minor children. The reporter's records were due to be filed in this Court on November 3, 2016. *See* TEX. R. APP. P. 28.4, 35.1. The court reporter has filed a motion requesting an extension of time to December 15, 2016. However, "each extension must not exceed . . . 10 days in an accelerated appeal" and "must not exceed 30 days cumulatively, absent extraordinary circumstances." *Id.* 28.4(b)(2), 35.3(c). Accordingly, the motion is **GRANTED IN PART**. **The reporter's record is to be due to filed in this Court no later than Monday, November 14, 2016.** *See id.* 4.1(a), 28.4(b)(2), 35.3(c).

Because these appeals involve child-protection cases, the Court is required to bring the appeals to final disposition within 180 days of October 24, 2016, the date the notices of appeal was filed in these proceedings, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (West 2013); *see also* TEX. R. APP. P. 28.4. **Accordingly, no further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
⊠  Acting individually     ☐  Acting for the Court

Date:  November 8, 2016